UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

GERARD J. & KAREN S. GALLO

                            Case No. 09-68050-WSD
                            Chapter 13
                            Hon. Shapero

        Debtor(s).
_____/
GERARD J. & KAREN S. GALLO

        Plaintiffs

v.                                            Adv No.09-06006

GMAC MORTGAGE, LLC

        Defendant
_____/

## CONSENT JUDGMENT TO DETERMINE THE EXTENT OF THE LIEN OF GMAC MORTGAGE, LLC

     This matter having come on to be heard upon the stipulation by GMAC Mortgage, LLC, and Debtors, Gerard J. & Karen S. Gallo; having reached an agreement as evidenced by the signatures of their respective counsel below:

     IT IS HEREBY ORDERED that GMAC Mortgage, LLC, which encumbers the Debtor's' real property situated in the City of Madison Height, County of Oakland, Liber Page of Mortgage: Liber 38468, Page 232 as recorded on 12/5/2006, Oakland County Records Legal Description: Situated in the City of Madison Heights, County of Oakland, State of Michigan: Lot 329 Amended Plat of Practical Subdivision No. 6, as Recorded in Liber 92, Pages 31 through 33 of Plats, Oakland County Records. Tax Id # 44-25-13-329-032 commonly known as 27785 Rialto Street, Madison Heights, Michigan 48071, shall be extinguished, terminated and discharged upon successful completion of debtors' Chapter 13 Plan

IT IS FURTHER ORDERED that the Second Mortgage in the Chapter 13 Proceeding of the aforementioned Debtors shall be abrogated and null and void if the Plaintiffs complete the Chapter 13 Plan and receive an order of discharge under 11 U.S.C 1328(a).

IT IS FURTHER ORDERED that Creditor GMAC Mortgage, LLC, secured proof of claim docketed at No. 1 on the Court's Claims Register shall now be treated as an allowed unsecured claim in this chapter 13 case.

IT IS FURTHER ORDERED that upon successful completion of the Chapter 13 Plan and receipt of an order of discharge under 11 U.S.C. 1328(a), the Second Mortgage shall be extinguished, terminated and discharged.

IT IS FURTHER ORDERED that in the event the aforementioned Plaintiffs do not receive a Chapter 13 discharge under 11 U.S.C. Section 1328(a) and the case is either dismissed or converted to a Chapter 7 then the lien of GMAC Mortgage, LLC, will be reinstated in full, minus any monies received in the Chapter 13 case.

IT IS FURTHER ORDERED that in the event that Creditor GMAC Mortgage, LLC, does not execute and deliver to the Plaintiffs any termination statement, or other document that is or may be required to by law to release and discharge the Second Mortgage, the Debtors shall be permitted to use the attached Consent Order along with the Order of Discharge as authorization for termination and release of the Second Mortgage.

.

**Signed on October 05, 2009**

            **_____ ___/s/ Walter Shapero_____**
            **Walter Shapero**
            **United States Bankruptcy Judge**